UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH MCROBIE, | : |
| Plaintiff, | : |
| v. | : No. 5:18-cv-00566 |
| CREDIT PROTECTION ASSOCIATION, | : |
| Defendant. | : |

# **O R D E R**

**AND NOW**, this 29th day of October, 2018, upon consideration of Plaintiff's Motion to File a First Amended Complaint, ECF No. 22, and for the reasons expressed in the opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiff's Motion is **GRANTED IN PART**.
2. The Clerk of Court shall docket Ex. A to Plaintiff's Motion, ECF No. 22-2, as Plaintiff's First Amended Complaint.
3. Count III of Plaintiff's First Amended Complaint is **DISMISSED** for failure to state a claim.
4. Defendant shall answer the First Amended Complaint **within fourteen days** of the date of this order.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court

102618