UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ELIZABETH MCROBIE,                          :
                                            :
                 Plaintiff,                 :
                                            :
            v.                              :        No. 5:18-cv-00566
                                            :
CREDIT PROTECTION ASSOCIATION,   :
                                            :
                 Defendant.                 :

_____

# O R D E R

**AND NOW**, this 2nd day of April, 2019, for the reasons expressed in the opinion issued

this date, **IT IS ORDERED THAT**:

1. Plaintiff's Motion to Certify Class, ECF No. 23, is **GRANTED in part**.

2. This Court hereby **CERTIFIES** a Rule 23(b)(3) class defined as follows:

   All natural persons residing in Pennsylvania, New Jersey and Delaware to whom
   Defendant CPA mailed a postcard, substantially similar to the Postcard sent to Plaintiff,
   in an attempt to collect a debt, where the postcard was not returned as undeliverable.

3. The class is certified only for purposes of resolving the claim under 15 U.S.C. § 1692f(8)
   in Count II of Plaintiff's Amended Complaint. Certification is **DENIED** in all other
   respects.

4. Plaintiff is **APPOINTED** Class Representative and Plaintiff's counsel of record are
   **APPOINTED** class counsel.

5. Defendant's Unopposed Motion for Leave to File Answer *Instanter*, ECF No. 41, is
   **GRANTED**. The Answer is deemed filed as of November 14, 2018. The Clerk of Court
   **shall docket** Exhibit A to the Motion, ECF No. 41-1, as Defendant's Answer and
   Affirmative Defenses to Plaintiff's First Amended Class Action Complaint.

6. The parties shall confer and report to this Court their proposed timeline for further proceedings **within fourteen days** of the date of this Order.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge