UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH MCROBIE, on behalf of
herself and all others similarly situated, :
        Plaintiff, :
         :
    v. : No. 5:18-cv-00566
         :
CREDIT PROTECTION ASSOCIATION, :
        Defendant. :

# O R D E R

**AND NOW**, this 11th day of March, 2020, upon consideration of Plaintiff's partial motion for summary judgment, *see* ECF No. 57, as well as Defendant's motion for summary judgment, *see* ECF No. 59, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's partial motion for summary judgment as to Count II, only, of the Amended Complaint, *see* ECF No. 57, is **GRANTED.**

2. Defendant's motion for summary judgment as to Counts I and II of the Amended Complaint, *see* ECF No. 59, is **DENIED.**

3. A separate Scheduling Order will be issued setting forth all trial-related deadlines.

                      BY THE COURT:


                      */s/ Joseph F. Leeson, Jr.*_____
                      JOSEPH F. LEESON, JR.
                      United States District Court