UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Elizabeth McRobie, *on behalf of herself and all others similarly situated,* : <br> : <br> Plaintiff, : <br> v. : <br> : <br> Credit Protection Association, : <br> : <br> Defendant. : | Civil Action No.: 5:18-cv-00566-JFL |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff Elizabeth McRobie ("Plaintiff"), by and through her undersigned counsel, hereby moves for entry of an Order granting final approval of the Parties' Class Action Settlement Agreement.

In support, Plaintiff submits the accompanying Memorandum of Law, and the Declarations of Sergei Lemberg, Joshua Markovits, and Jessica Hurley of Ross Mailing Service.

Plaintiff respectfully requests that the Court approve the settlement as fair, reasonable and adequate and enter the Final Approval Order in the form attached hereto as Exhibit A.

Dated: April 9, 2021                                      Respectfully submitted,

By:   */s/ Sergei Lemberg*
    Sergei Lemberg
    Joshua Markovits
    LEMBERG LAW, LLC
    43 Danbury Road
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    *Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 9th day of April, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of such filing to all counsel of record.

*/s/ Sergei Lemberg*
Sergei Lemberg